IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**BARRY N. NIXON, SR.,**

    **Petitioner,**

    v.                                                     **CASE NO. 18-3139-JWL**

**DAWN HILTON, Colonel,**
**Commandant, U.S. Disciplinary Barracks,**

    **Respondent.**

## ORDER

This matter is a pro se petition for habeas corpus filed under 28 U.S.C. § 2241. Petitioner is confined at the United States Disciplinary Barracks in Fort Leavenworth, Kansas. Petitioner challenges his conviction by general court-martial.[1] The Court has examined the record and finds that a responsive pleading is required.

**IT IS THEREFORE ORDERED BY THE COURT** that Respondent is hereby required to show cause on or before **July 9, 2018**, why the writ should not be granted; that Petitioner is granted until **August 9, 2018**, to file a traverse thereto, admitting or denying under oath all factual allegations therein contained.

Copies of this Order shall be transmitted to the parties and to the U. S. Attorney for the District of Kansas.

**IT IS SO ORDERED**.

**Dated in Kansas City, Kansas, on this 5th day of June, 2018.**

                                                       **S/ John W. Lungstrum**
                                                       **JOHN W. LUNGSTRUM**
                                                       **UNITED STATES DISTRICT JUDGE**

---

[1] The Court notes that Petitioner filed a prior § 2241 petition in this Court. *See Nixon v. Ledwith*, Case No. 14-3007-KHV (dismissed Feb. 17, 2015), *aff'd* Case No. 15-3087 (10th Cir. Jan. 6, 2016).